*In re* OSVALDO ORTIZ MEDINA.

*Número:* AB-2002-0232          *Resuelto:* 27 de enero de 2017

*Karla Z. Pacheco Álvarez*, subprocuradora general, y *Minnie H. Rodríguez López*, procuradora general auxiliar, en informe; *Osvaldo Ortiz Medina, pro se.*

## RESOLUCIÓN

Examinado el Informe de la Procuradora General y la Contestación al Informe del Procurador, *se instruye al Procurador General a que presente la querella correspondiente.*

*Se ordena, como medida cautelar, la suspensión inmediata del Lcdo. Osvaldo Ortiz Medina del ejercicio de la notaría. El Alguacil de este Tribunal deberá incautar la obra y el sello notariales del licenciado Ortiz Medina y los entregará al Director de la Oficina de Inspección de Notarías para el examen e informe correspondientes a este Tribunal.*

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

(*Fdo.*) Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*